IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH O. STOKES                                                                           PLAINTIFF

VS.                                          4:13CV00179 JMM

PULASKI TECHNICAL COLLEGE                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of May, 2013.

_____
James M. Moody
United States District Judge