# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEITH O. STOKES**                                                                                          **PLAINTIFF**

**VS.**                                           **4:13CV00179 JMM**

**PULASKI TECHNICAL COLLEGE**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of May, 2013.


_____
James M. Moody
United States District Judge